**STATE of Missouri, Respondent,**

v.

**Clarence D. WHITE, Appellant.**

**No. WD 69101.**

Missouri Court of Appeals,
Western District.

Dec. 30, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2009.

Application for Transfer Denied
May 5, 2009.

Dan McPherson, Jefferson City, MO, for Respondent.

Kent Denzel, Columbia, MO, for Appellant.

videotape played. Neither party has presented this court with an indication of how much of the tape was played.

Before: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ALOK AHUJA, Judge.

### *ORDER*

PER CURIAM:

Clarence White appeals from a judgment entered in the Circuit Court of Miller County convicting him of one count of first degree assault, § 565.050, and one count of child abuse, § 568.060. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed.   Rule 30.25(b).